**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Lowell

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  23-MJ-4169/70/71-DHH

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10032-FDS    ☑ Yes ☐ No

**Defendant Information:**

**Defendant Name** Mone Maokhamphio    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: Lowell, Massachusetts

Birth date (Yr only): 1997    SSN (last 4#): 8083    Sex: M    Race Asian    Nationality: USA

**Defense Counsel if known:** Keith Halpern    Address: 572 Washington Street, Suite 19

Bar Number: _____    Wellesley, MA 02482

**U.S. Attorney Information**

AUSA: Fred M. Wyshak, III    Bar Number if applicable: 674033

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/9/2025    Signature of AUSA: *Fred M. Wyshak, III*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Mone Maokhamphio

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 and 841(b)(1)(A)(viii) | Conspiracy to Distribute and PWID 500 Grams and More of Methamphetamine | 1 |
| Set 2 | 18 USC 922(g)(1) | Felon in Possession of Firearm and Ammunition | 2 |
| Set 3 | 18 USC 922(o) | Possession of Machineguns | 3 |
| Set 4 |  |  |  |
| Set 5 |  |  |  |
| Set 6 |  |  |  |
| Set 7 |  |  |  |
| Set 8 |  |  |  |
| Set 9 |  |  |  |
| Set 10 |  |  |  |
| Set 11 |  |  |  |
| Set 12 |  |  |  |
| Set 13 |  |  |  |
| Set 14 |  |  |  |
| Set 15 |  |  |  |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013